UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KASSI, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 8:17-cv-2695-T-33AAS |
| | ) |
| v. | ) |
| | ) |
| DAVID ALDERMAN, SUZANNE ALDERMAN, XI BUILDERS, INC. and XI CONSTRUCTION AND DEVELOPMENT, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF FINAL CONSENT JUDGMENT AGAINST XI BUILDERS, INC. AND XI CONSTRUCTION AND DEVELOPMENT, INC., AND FOR DISMISSAL OF SUZANNE AND DAVID ALDERMAN WITH PREJUDICE**

Plaintiff Kassi, LLC and Defendants jointly move the Court under Fed. R. Civ. P. 54(b) to enter the Final Judgment against XI Builders, Inc. and XI Construction and Development, Inc., only, attached hereto as Exhibit "A", and for entry of an order dismissing Suzanne Alderman and David Alderman from this case with prejudice.

This the 22nd day of May, 2018.

Respectfully submitted,

PLAINTIFF, KASSI, LLC

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

By: _/s/Sterling Kidd_
         STERLING KIDD

and

DEFENDANTS, DAVID ALDERMAN, SUZANNE ALDERMAN, XI BUILDERS, INC. and XI CONSTRUCTION AND DEVELOPMENT, INC.

By Their Attorneys,

GRAYROBINSON, P.A.

*/s/ Mark N. Miller*
  MARK N. MILLER, ESQUIRE

**COUNSEL FOR KASSI, LLC:**
Marisa R. Dorough (FL Bar #73152)
Kyle A. Diamantas (FL Bar #106916)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
SunTrust Center
200 South Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
mdorough@bakerdonelson.com
kdiamantas@bakerdonelson.com

D. Sterling Kidd (MS Bar #103670)
(By Special Appearance)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-8952
Facsimile:  (601) 974-8952
skidd@bakerdonelson.com

**COUNSEL FOR DAVID ALDERMAN,**
**SUZANNE ALDERMAN, XI BUILDERS, INC.**
**and XI CONSTRUCTION AND DEVELOPMENT, INC.**
Mark N. Miller, Esquire
Florida Bar No. 239216
mark.miller@gray-robinson.com
Kristie Hatcher-Bolin, Esquire
Florida Bar No. 521388
kristie.hatcher-bolin@gray-robinson.com
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile:  (863) 683-7462

4832-1498-0709
2942367-000001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Mark N. Miller, Esquire
>mark.miller@gray-robinson.com
>Kristie Hatcher-Bolin, Esquire
>kristie.hatcher-bolin@gray-robinson.com
>GrayRobinson, P.A.
>Post Office Box 3
>Lakeland, Florida 33802-0003
>*Counsel for Defendants*

>>By: /s/Sterling Kidd
>>STERLING KIDD

4832-1498-0709
2942367-000001