## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| KASSI, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 8:17-cv-2695-T-33AAS |
| | ) |
| v. | ) |
| | ) |
| DAVID ALDERMAN, SUZANNE ALDERMAN, XI BUILDERS, INC. and XI CONSTRUCTION AND DEVELOPMENT, INC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINAL CONSENT JUDGMENT AS TO
## XI BUILDERS, INC. AND XI CONSTRUCTION AND DEVELOPMENT, INC. AND DISMISSAL OF DAVID ALDERMAN AND SUZANNE ALDERMAN WITH PREJUDICE

This matter is before the Court on the joint motion of Plaintiff and Defendants XI Builders, Inc. and XI Construction and Development, Inc. for entry of a Final Judgment against XI Builders, Inc. and XI Construction and Development, Inc.. The Court has been advised that the parties have agreed to the terms of said judgment, and finds that judgment should be entered, under the following terms:

**IT IS ORDERED** that final judgment is hereby entered against XI Builders, Inc. and XI Construction and Development, Inc., jointly and severally, in the amount of $288,855.50.

**IT IS FURTHER ORDERED** that David Alderman and Suzanne Alderman are hereby dismissed, with prejudice.

**IT IS FURTHER ORDERED** that this Court maintains jurisdiction over XI Builders, Inc. and XI Construction and Development, Inc., only insofar as may be necessary to enforce this Final Consent Judgment.

## EXHIBIT A

4852-3708-7331
2942367-000001

**SO ORDERED**, this the _____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE

JOINTLY SUBMITTED BY AND AGREED TO:

*/s/D. Sterling Kidd*
D. Sterling Kidd, Esq. (MSB #103670, Specially Admitted To This Proceeding)
One of the Attorneys for Plaintiff

*/s/Mark Miller*
Mark Miller, Esq. (FB # 0239216)
One of the Attorneys for Defendants